IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WALTER MURRAY and DEANNA MURRAY,<br><br>    Plaintiffs,<br><br>v.<br><br>GREENE & COOPER, LLP,<br><br>    Defendant. | CASE NO. CV412-079 |

## O R D E R

Before the Court is Plaintiffs Walter Murray and Deanna Murray's Stipulation for Dismissal with Prejudice. (Doc. 5.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant Greene & Cooper, LLP has not filed an answer in this case, Plaintiff's motion is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 25th day of May 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA